Michael L. Mallow, SBN 188745
mmallow@sidley.com
Darlene M. Cho, SBN 251167
dcho@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013
Tel. (213) 896-6000
Fax: (213) 896-6600

Livia M. Kiser, SBN 285411
lkiser@sidley.com
Eric S. Mattson (*pro hac vice* to be filed)
emattson@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Tel: (312) 853-7000
Fax: (312) 853-7036

*Attorneys for Defendant*
American Honda Finance Corp.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| MICHELLE ADAME, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AMERICAN HONDA FINANCE CORPORATION,<br><br>　　　　　Defendant. | Case No. 2:17-cv-1900<br><br>[Los Angeles Superior Court Case No. BC648488]<br><br>**DEFENDANT'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441; DECLARATION OF LIVIA M. KISER**<br><br>State Action Filed: January 27, 2017<br><br>State Action Served: February 8, 2017 |

**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441**

220330082

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:**

**PLEASE TAKE NOTICE** that pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, and other applicable laws and statutes, Defendant American Honda Finance Corp. removes to this Court the above-styled action, pending as Case No. BC 648488 in the Superior Court of California for the County of Los Angeles (the "Action"). As grounds for removal, Defendant states as follows:

1. Plaintiff Michelle Adame filed the Action on January 27, 2017. Plaintiff claims that Defendant unlawfully called the cell phones of Plaintiff and members of a putative class in connection with debt collection efforts. *See* Complaint ("Compl."), attached hereto as Exhibit 2, ¶¶ 13, 26, 28. Plaintiff's class consists of "[a]ll persons within the United States who received any telephone call/s from Defendant or its agent/s" without their permission or consent using an automatic telephone dialing system or with an artificial or prerecorded voice, thereby violating the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227. *Id.* ¶¶ 26, 29, 31. Plaintiff seeks statutory damages of $500 to $1,500 per alleged violation, as well as injunctive relief and attorneys' fees. *Id*.

2. This Court has jurisdiction over the Action because it arises under a federal statute, the TCPA. *See* 28 U.S.C. § 1331; *Mims v. Arrow Fin. Servs., LLC*, 132 S.Ct. 740, 744-45 (2012).

### Procedural Matters

3. Removal is timely. Plaintiff served Defendant on February 8, 2017. Thus, this notice of removal is timely, as the 30-day period for removal has not expired.

4. Removal to proper court. This Court is part of the "district and division embracing the place where" the Action was filed – Los Angeles County, California. 28 U.S.C. § 1441(a).

5. Pleadings and process. Pursuant to 28 U.S.C. § 1446(a), attached hereto is "a copy of all process, pleadings, and orders served upon" Defendant.

6. <u>Filing and service</u>. A copy of this Notice of Removal is being filed with the Clerk of the Superior Court of California for the County of Los Angeles, and is being served on all counsel of record, consistent with 28 U.S.C. § 1446(d). A proof of service will be filed with this Court upon receipt of same from the process server. The Superior Court of California for the County of Los Angeles is located within this district.

7. <u>Arbitration</u>. Defendant reserves all contractual rights to compel arbitration of this controversy. This Notice of Removal is filed without prejudice to the exercise of any such right.

**WHEREFORE**, Defendant respectfully removes this action, now pending in the Superior Court of California for the County of Los Angeles, to the United States District Court for the Central District of California.

Dated: March 9, 2017

SIDLEY AUSTIN LLP

By: /s/ Livia M. Kiser

Livia M. Kiser
Attorneys for Defendant American Honda Finance Corp.

# DECLARATION OF LIVIA M. KISER

I, LIVIA M. KISER, declare as follows:

1. I am an attorney at law licensed to practice in the State of California and before the United States District Court for the Central District of California. I am a partner in the law firm of Sidley Austin LLP and counsel for Defendant American Honda Finance Corp. The matters set forth below are within my personal knowledge, and if called upon as a witness I could and would testify competently as follows:

2. In compliance with 28 U.S.C. § 1446(a), "a copy of all process, pleadings, and order served upon" Defendant prior to the filing of this Notice of Removal are attached hereto collectively as Exhibit 1 – 6. Thus, the following documents represent all pleadings served upon Defendant in this Action:

Exhibit 1: Summons

Exhibit 2: Complaint

Exhibit 3: Civil Case Cover Sheet

Exhibit 4: Civil Case Cover Sheet Addendum and Statement of Location

Exhibit 5: Notice of Case Assignment

Exhibit 6: Voluntary Efficient Litigation Stipulations and related forms

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed this 9th day of March, 2017.

/s/ *Livia M. Kiser*
Livia M. Kiser