**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Jason A. Ibey, Esq. (SBN: 284607)
jason@kazlg.com
245 Fischer Avenue, Suite D1
Costa Mesa, California 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

[Additional Attorneys on Signature Page]

*Attorneys for Plaintiff,*
Michelle Adame

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE ADAME, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN HONDA FINANCE CORPORATION,<br><br>Defendant. | **Case No.:** 2:17-cv-01900-PA-MRW<br><br>**NOTICE OF SETTLEMENT ON AN INDIVIDUAL BASIS** |

Plaintiff Michelle Adame ("Plaintiff") submits this Notice of Settlement On An Individual Basis to inform the Court that this action has settled in its entirety, on an individual basis.

Plaintiff respectfully requests that all pending deadlines be vacated and that the Court set a deadline of no earlier than June 14, 2017 for the parties to file the appropriate dismissal papers.

Dated: May 3, 2017

Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

By: _/s/ Abbas Kazerounian_____
     ABBAS KAZEROUNIAN, ESQ.
     AK@KAZLG.COM
     ATTORNEYS FOR PLAINTIFF

Additional Plaintiff's Counsel

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022