JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE ADAME, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN HONDA FINANCE CORPORATION,<br><br>Defendant. | CASE NO. 17-cv-01900-PA (MRW)<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL**<br><br>Complaint Filed: January 27, 2017<br>Removed: March 9, 2017 |

Having considered the Parties' Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a), and for good cause, the Court hereby dismisses the action in its entirety, with prejudice as to Plaintiff Michelle Adame's individual claims and without prejudice as to the putative class claims.

DATED: May 15, 2017

HON. PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

1
**ORDER**